UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   MJ10-286 |
| | ) | (ED/WA MJ10-186) |
| v. | ) | |
| | ) | **DETENTION ORDER** |
| SERGIO SANDOVAL-REYES, | ) | |
| | ) | |
| Defendant. | ) | |

Offense charged:

    Conspiracy to Distribute Schedule 1 controlled Substance.

Date of Detention Hearing:  July 1, 2010.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

                  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    The Court did not receive any information about defendant's ties to the community, employment, health, or drug history.  The defendant did not contest detention.

DETENTION ORDER - 1

1    It is therefore ORDERED:

2    (1)    Defendant shall be detained pending trial and committed to the custody of the

3    Attorney General for confinement in a correctional facility separate, to the extent practicable,

4    from persons awaiting or serving sentences, or being held in custody pending appeal;

5    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

6    counsel;

7    (3)    On order of a court of the United States or on request of an attorney for the

8    Government, the person in charge of the correctional facility in which Defendant is confined

9    shall deliver the defendant to a United States Marshal for the purpose of an appearance in

10   connection with a court proceeding; and

11   (4)    The clerk shall direct copies of this order to counsel for the United States, to

12   counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

13   Officer.

14   DATED this 1st day of July, 2010.

15

16

17   _____

18   BRIAN A. TSUCHIDA
     United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER - 2